### 19831. PHELPS *v.* DOUGHERTY *et al.*, executors.

BLOODWORTH, J. There is no merit in any of the special assignments of error in the petition for certiorari. There is ample evidence to support the verdict of the jury, and the judgment rendered by the judge of the municipal court of Atlanta in the trial of the case, which judgment was concurred in by the appellate division of the municipal court; and the judge of the superior court did not err when he overruled the certiorari.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED AUGUST 23, 1929.

*Audley M. Lane,* for plaintiff in error. *J. K. Jordan,* contra.